**IN UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN PATTERSON, | ) | CASE NO. 1:25-cv-02428 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, for the reasons in the report and recommendation, (Doc. 22), Defendant's motion to dismiss (Doc. 19) is GRANTED; and Plaintiff's motion of objection to the case (Doc. 12) and Plaintiff's motion of brief of the case (Doc. 13) are DENIED as being moot.  Furthermore, Plaintiff's motion of no backpay (Doc. 23) is DENIED.  Accordingly, this case is dismissed in its entirety with prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this order could not be taken in good faith.

IT IS SO ORDERED.

Dated: July 9, 2026                              */s/ John R. Adams*

1

JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE